# ORIGINAL

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
SEP 25 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To: CLERK, U.S. BANKRUPTCY COURT

Re: UNDISTRIBUTED FUNDS

Debtors: JOHN STEWART & SHAWNA LYNN STEWART
40047 HEATHROW
PALMDALE, CA 93551

Case No.: SV06-10243-GM

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| John & Shawna Lynn Stewart<br>40047 Heathrow<br>Palmdale, CA 93551 | $ 2.66 |

Dated: September 24, 2009

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0610243 | | JOHN STEWART | 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 | 0.00 | 0.00 | 2.66 | 2.66 |
| | Claim #: 00000 | SHAWNA LYNN STEWART | 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 | | | | |
| | | TOTALS | | 0.00 | 0.00 | 2.66 | 2.66 |

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0775458
Check Date: 09/23/2009
Check Amt: 2.66

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

STEWART, JOHN

Case No: 0610243

1st Business Bank
ONE BUNKER HILL BLDG
601 WEST FIFTH ST.
16-384
1220

CHECK DATE: Sep 23, 2009
CHECK NO.: 0775458

CHECK AMOUNT
$**********2.66
VOID AFTER 60 DAYS

PAY ONLY 2.66 TWO PERIOD SIX SIX

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $2.66

Elizabeth F Rojas

⑈0775458⑈ ⑆122038442⑆ 001 702130⑈